Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00584-KJD-NJK <br><br> **JOINT STATUS REPORT REGARDING REMOVED CASE** |

    Defendant North American Title Insurance Company ("NATIC"), on the one hand, and plaintiff Bank of America, N.A. ("BANA"), on the other hand, by and through their undersigned counsel, hereby submit the following joint status report pursuant to the Court's April 12, 2021 order:

**I.    STATUS OF THE ACTION**

    BANA commenced this action by filing a Complaint on April 8, 2021 in the Eighth Judicial District Court for the State of Nevada, Clark County (Case No. A-21-832600-C).

    On April 9, 2021, NATIC removed this action to the United States District Court, based upon diversity jurisdiction. (ECF No. 1.)



II. **STATEMENT OF COUNSEL OF ACTION REQUIRED BY THE COURT**

There are no fully-briefed motions requiring action by the Court.

III. **PENDING MATTERS REQUIRING THE COURT'S ATTENTION**

There are currently no pending matters requiring the Court's attention.

Dated:  April 14, 2021          WRIGHT, FINLAY & ZAK, LLP

                                By:  /s/-Lindsay D. Robbins
                                     LINDSAY D. ROBBINS
                                     Attorneys for Plaintiff
                                     BANK OF AMERICA, N.A.

Dated:  April 14, 2021          SINCLAIR BRAUN LLP


                                By:  /s/-Kevin S. Sinclair
                                     KEVIN S. SINCLAIR
                                     Attorneys for Defendant
                                     NORTH AMERICAN TITLE INSURANCE
                                     COMPANY

