1 Kevin S. Sinclair, NV Bar No. 12277
    *ksinclair@sinclairbraun.com*
2 SINCLAIR BRAUN LLP
  16501 Ventura Blvd, Suite 400
3 Encino, California 91436
  Telephone:  (213) 429-6100
4 Facsimile:  (213) 429-6101

5 Attorneys for Defendant
  NORTH AMERICAN TITLE INSURANCE COMPANY
6
  DESIGNATED LOCAL COUNSEL FOR SERVICE
7 PER L.R. IA 11-1(b)

8 Gary L. Compton, State Bar No. 1652
  2950 E. Flamingo Road, Suite L
9 Las Vegas, Nevada 89121

10                **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12 BANK OF AMERICA, N.A.,                    Case No.: 2:21-cv-00584-KJD-NJK

13                           Plaintiff,      **STIPULATION TO STAY CASE**

14                 vs.

15 NORTH AMERICAN TITLE INSURANCE
   COMPANY,
16
                            Defendant.
17

18

19        Defendant North American Title Insurance Company ("NATIC"), on the one hand, and

20 plaintiff Bank of America, N.A. ("BANA"), on the other hand, hereby stipulate and agree as

21 follows:

22        This is one of many actions pending before the Nevada state and federal courts involving a

23 Lender's alleged entitlement to coverage under a title insurance policy following an HOA

24 foreclosure sale.  BANA filed this specific action in Nevada's Eighth District Court on April 8,

25 2021;

26        NATIC removed this case to the United States District Court on April 9, 2021.

27 The parties have since engaged with one another about the possibility of settling this and other

28 similarly situated matters involving these specific parties.  Due to the number of claims involved,



the parties anticipate it may take several months to complete negotiations.  In order to preserve resources during this process, the parties stipulate and agree that this matter should be stayed.

       **NOW THEREFORE**, BANA and NATIC hereby **STIPULATE** and **AGREE** as follows:

1.  This action shall be **STAYED**;

2.  Either Party may move to lift this stay at any time.

3.  The Parties shall provide the District Court with a joint status update regarding the status of their settlement negotiations ninety (90) days after entry of the order on this stipulation.

Dated:  April 14, 2021           SINCLAIR BRAUN LLP

                             By:   */s/-Kevin S. Sinclair*
                                KEVIN S. SINCLAIR
                                Attorneys for Defendants
                                NORTH AMERICAN TITLE INSURANCE COMPANY

Dated:  April 14, 2021           WRIGHT, FINLAY & ZAK, LLP

                             By:   */s/-Darren T. Brenner*
                                  DARREN T. BRENNER
                                  Attorneys for Plaintiff
                                BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

       Dated this _____ day of _____, 2021.

                             _____
                             KENT J. DAWSON
                             UNITED STATES DISTRICT JUDGE

