Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| BANK OF AMERICA, N.A., | Case No.: 2:21-cv-00584-KJD-NJK |
|---|---|
| Plaintiff, | **STIPULATION TO STAY CASE** |
| vs. | |
| NORTH AMERICAN TITLE INSURANCE COMPANY, | |
| Defendant. | |

Defendant North American Title Insurance Company ("NATIC"), on the one hand, and plaintiff Bank of America, N.A. ("BANA"), on the other hand, hereby stipulate and agree as follows:

This is one of many actions pending before the Nevada state and federal courts involving a Lender's alleged entitlement to coverage under a title insurance policy following an HOA foreclosure sale. BANA filed this specific action in Nevada's Eighth District Court on April 8, 2021;

NATIC removed this case to the United States District Court on April 9, 2021. The parties have since engaged with one another about the possibility of settling this and other similarly situated matters involving these specific parties. Due to the number of claims involved,



the parties anticipate it may take several months to complete negotiations. In order to preserve resources during this process, the parties stipulate and agree that this matter should be stayed.

**NOW THEREFORE**, BANA and NATIC hereby **STIPULATE** and **AGREE** as follows:

1. This action shall be **STAYED**;
2. Either Party may move to lift this stay at any time.
3. The Parties shall provide the District Court with a joint status update regarding the status of their settlement negotiations ninety (90) days after entry of the order on this stipulation.

Dated: April 14, 2021           SINCLAIR BRAUN LLP

                                By: __/s/-Kevin S. Sinclair_____
                                    KEVIN S. SINCLAIR
                                    Attorneys for Defendants
                                    NORTH AMERICAN TITLE INSURANCE
                                    COMPANY

Dated: April 14, 2021           WRIGHT, FINLAY & ZAK, LLP

                                By: __/s/-Darren T. Brenner_____
                                    DARREN T. BRENNER
                                    Attorneys for Plaintiff
                                    BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

    Dated this _15th_ day of __April_____, 2021

                                    _____
                                    KENT J. DAWSON
                                    UNITED STATES DISTRICT JUDGE

