WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:21-cv-00584-KJD-NJK <br><br> **STIPULATION TO CONTINUE STAY OF CASE** <br><br> **(FIRST REQUEST)** |

Plaintiff, Bank of America, N.A. ("BANA") and Defendant, North American Title Insurance Company ("NATIC" and collectively with BANA, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 8, 2021, BANA filed its Complaint in the Eighth Judicial District Court, Case No. A-21-832600-C [ECF No. 1-1];

**WHEREAS**, on April 9, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS**, on April 14, 2021, the Parties entered into a Stipulation to Stay Case and advised the Court the Parties saw potential for settling this matter and agreed to file a status report in 90 days [ECF No. 6];

**WHEREAS**, on April 15, 2021, this Court entered its Order on the Stipulation to Stay Case [ECF No. 7];

**WHEREAS**, on July 14, 2021, the Parties filed their Joint Status Report in which BANA

1   advised it was preparing a formal settlement demand and the Parties anticipated placing the matter
2   in mediation. However, the Parties requested an additional 60 days to pursue settlement [ECF No.
3   9];
4       **WHEREAS**, due to the request of a 60 day extension, on August 4, 2021, the Clerk of the
5   Court entered a Notice instructing the Parties to refile the Joint Status Report as a Stipulation for
6   Extension of Time using the same pdf image [ECF No. 10];
7       **WHEREAS**, on August 5, 2021, the Parties refiled the Joint Status Report using the same
8   pdf image as a Stipulation for Extension of Time pursuant to the Clerk's Notice [ECF No. 11];
9       **WHEREAS**, on October 13, 2021, the Clerk of the Court entered another Notice advising
10  the Parties the document's title should have been changed a proposed order should have been
11  added [ECF No. 13];
12      **WHEREAS**, on March 14, 2022, because the parties had not corrected the issues noted in
13  ECF No. 13, the Court entered a Minute Order denying the Parties' 60 day extension and requiring
14  the Parties to show cause why this case should not be dismissed by March 21, 2022 [ECF No. 14];
15      **WHEREAS**, on March 17, 2022, the Parties filed a Joint Response to the Court's Minute
16  Order and advised they desire to continue good faith settlement negotiations and believe that this
17  matter should remain stayed [ECF No. 15];
18      **WHEREAS**, BANA has submitted a settlement demand to NATIC and the Parties are
19  considering whether a mediation would be appropriate;
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

**NOW THEREFORE**, BANA and NATIC hereby STIPULATE and AGREE as follows, subject to the approval of the District Court:

1. The action shall remain STAYED.

2. The Parties shall file with the Court with a Joint Status Report ninety (90) days after entry of the order on this stipulation and every ninety (90) days thereafter.

3. In the event the Parties are not able to settle, the Parties will submit a proposed scheduling order to the Court.

DATED this 21st day of March, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP*

DATED this 21st day of March, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair, Esq.*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd, Suite 400
Encino, California 91436
*Attorneys for Defendant, North American Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE