1  WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
3  Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
5  (702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
6  ldragon@wrightlegal.net
7  *Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>  Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>  Defendants. | Case No.: 2:21-cv-00584-KJD-NJK<br><br>**ORDER TO EXTEND DEADLINE TO FILE A PROPOSED DISCOVERY PLAN**<br><br>**(First Request)** |

Plaintiff, Bank of America, N.A. ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On April 8, 2021, BANA filed its Complaint in Eighth Judicial District Court, Case No. A-21-832600-C [ECF No. 1-1];

2. On April 9, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On December 19, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 22];

4. Counsel for BANA needs additional time to confer with its client in light of the recent holidays and is requesting an additional thirty (30) days, through and including February 17, 2023, to file the proposed discovery plan;

5. Counsel for NATIC does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 18th day of January, 2023. | DATED this 18th day of January, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon, Esq.* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff, Bank of America, N.A.* | */s/ Kevin S. Sinclair, Esq.* <br> Kevin S. Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Ventura Blvd, Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendant, North American Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  19th  day of   January   , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE