WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:21-cv-00584-KJD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO NATIC'S PENDING MOTIONS** <br><br> **(Second Request)** |

Plaintiff, Bank of America, N.A. ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On September 29, 2023, NATIC filed a Motion for Summary Judgment [ECF No. 36], as well as a Motion to Seal and Redact an exhibit to the Motion [ECF No. 38].

2. BANA's responses to NATIC's pending Motions are currently due November 20, 2023 [ECF No 41].

3. On November 6, 2023, the Parties submitted a Stipulation to Stay Case in light of the October 12, 2023 decision from the Nevada Supreme Court in *Deutsche Bank National Trust Company v. Fidelity National Title Insurance Company*, Case No. 84161, 139 Nev. Ad. Rep. 45, 536 P.3d 915 (Nev. 2023) ("*Deutsche Bank* Opinion") [ECF No. 42]. The Parties requested that the stay in the case be in affect until the remittitur issued in *Deutsche Bank*.

4. The Court has not yet entered an Order on the Stipulation.

5. On October 30, 2023, the appellant filed a Petition for Rehearing in *Deutsche Bank*. While the Petition for Rehearing was denied on November 13, 2023, the remittitur has not yet issued.[1]

6. In light of the Court's pending Order on the Parties' stipulation to stay case, BANA requests an additional thirty (30) days to file its response to the pending Motions, through and including, December 20, 2023.

7. Counsel for NATIC does not oppose the requested extension.

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 20th day of November 2023.　　　　DATED this 20th day of November, 2023.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*　　　　　　　　　　*/s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.　　　　　　　　　　　　Kevin S. Sinclair, Esq.
Nevada Bar No. 13474　　　　　　　　　　　　　Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200　　　　　　　　 16501 Ventura Blvd, Suite 400
Las Vegas, Nevada 89117　　　　　　　　　　　Encino, California 91436
*Attorneys for Plaintiff, Bank of America, N.A.*　 *Attorneys for Defendant, North American Title Insurance Company*

**IT IS SO ORDERED.**

　　　　Dated this  21st  day of  November , 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---

[1] The remittitur in *Deutsche Bank* is set to issue on December 8, 2023. *See* NRAP 41(b)(1) (if a petition for rehearing is denied, "the remittitur shall issue 25 days after entry of the order denying the petition.").