WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>            Plaintiff,<br>    vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>            Defendants. | Case No.: 2:21-cv-00584-KJD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

     PLEASE TAKE NOTICE that Plaintiff, Bank of America, N.A. and Defendant, North American Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

1  IT IS HEREBY STIPULATED AND AGREED that the Complaint is dismissed
2  WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 19th day of December, 2023.　　　DATED this 19th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　SINCLAIR BRAUN LLP

/s/ Lindsay D. Dragon, Esq.　　　　　　　　 /s/ Kevin S. Sinclair, Esq.
Lindsay D. Dragon, Esq.　　　　　　　　　　Kevin S. Sinclair, Esq.
Nevada Bar No. 13474　　　　　　　　　　　Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200　　　　　　　16501 Ventura Blvd, Suite 400
Las Vegas, Nevada 89117　　　　　　　　　 Encino, California 91436
*Attorneys for Plaintiff, Bank of America,*　　*Attorneys for Defendant, North American*
*N.A.*　　　　　　　　　　　　　　　　　　 *Title Insurance Company*

**IT IS SO ORDERED.**

DATED: 12/20/2023　　　　　　　　　_____